In the matter of the estate of EDWARD HIDDEN RAYNOLDS, deceased.

RICHARD T. GREENE and CENTRAL HANOVER BANK AND TRUST COMPANY, executors under the last will and testament of Edward Hidden Raynolds, deceased, and ARTHUR H. RAYNOLDS, REGINALD M. RAYNOLDS and LAURENCE I. RAYNOLDS, appellants,

*v.*

EDWARD F. RAYNOLDS and HAROLD F. RAYNOLDS, respondents.

[Argued February 11th, 1943. Decided May 18th, 1943.]

For the respondents, *John E. Toolan* (*Meyer E. Ruback*, of counsel).

PER CURIAM.

This is an appeal from an order entered in the Prerogative Court extending the time for Edward F. Raynolds and Harold F. Raynolds to perfect their appeal to that court. The action taken was well within the discretion of the Prerogative Court.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 13.

*For reversal*—None.